# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0564
LT Case No. 2020-CF-003478-A

_____

JOHNATHAN DAVID HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Rachel E. Reese and Olivia M. Goodman, O'Brien Hatfield Reese,
P.A. Tampa, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

July 30, 2024


PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____